**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00552-CV**
_____

**KAREN WILLIAMSON, Appellant**

**V.**

**OPAL FARTHING, LOIS HESSER, LISA GALLOWAY, FLO WARREN,
AND CONNIE HENDRICKS, Appellees**

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 10-02-01875-CV**

**MEMORANDUM OPINION**

Karen Williamson filed a notice of appeal but failed to file a brief. On October 23, 2013, we notified the parties that the brief had not been filed and warned the appellant that her failure to file a brief could result in a dismissal of the appeal for want of prosecution. On November 7, 2013, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we

1

dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on December 2, 2013
Opinion Delivered December 12, 2013

Before McKeithen, C.J., Kreger and Horton, JJ.